ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 MAY 14  PM 2: 16
DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:14-CR-495-M |
| v. | **Supersedes Indictment returned on December 16, 2014** |
| DEREK HUTTER | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Enticement of a Minor
### (Violation of 18 U.S.C. § 2422(b))

From or about January 1, 2014, through on or about September 15, 2014, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendant, **Derek Hutter,** using the Internet, email, and his cell phone, facilities and means of interstate and foreign commerce, knowingly persuaded, induced and enticed Jane Doe, a minor between the ages of 13 and 14 years old, to engage in sexual activity for which he could have been charged with a criminal offense, specifically a violation of Sec. 21.11, Texas Penal Code, that is, Indecency with a Child, which makes it a crime to intentionally and knowingly, with a child under the age of 17, with intent to gratify the sexual desire of any person, cause the child to expose the child's genitals.

In violation of 18 U.S.C. § 2422(b).

.Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction for either of the offenses alleged in this Indictment and pursuant to 18 U.S.C. § 2428(a), the defendant, **Derek Hutter**, shall forfeit any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the respective offense; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the respective offense. This property includes, but is not limited to, the following:

1. One Samsung S4 Cellular telephone.

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*/s/ Camille E Sparks*
CAMILLE E. SPARKS
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8809
Camille.Sparks@usdoj.gov